```
1  MARK J. REICHEL, Bar #155034
   REICHEL & PLESSER L.L.P.
2  Attorneys At Law
   455 Capitol Mall, 3rd Floor, Suite 350
3  Sacramento, California  95814
   Telephone: (916) 498-9258
4  Fax:       (916) 441-6553
   mark@reichellaw.com
5  www.reichelplesser.com

6

7  Attorney for Defendant
   GUILLERMO MAYORGA

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,    )
                                ) NO. CR. S-08-475 GEB
13             Plaintiff,       )
                                ) STIPULATION TO REMOVE PRETRIAL
14      v.                      ) DRUG TESTING CONDITION; ORDER
                                ) THEREON
15                              )
                                )
16 GUILLERMO MAYORGA            )
                                )
17             Defendants.
   _____
18
```

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and MARK J. REICHEL, Esq., attorney for defendant MAYORGA, that the defendant no longer be required to submit to pretrial drug testing. This condition was suggested to be removed by the Pretrial Services Agency.

Stipulation and Order

```
1  DATED: April 16, 2012.    Respectfully submitted,
2                                  MARK J. REICHEL, ESQ.
3                                  *Mark J. Reichel*
                                   MARK J. REICHEL
4                                  Attorney for defendant
5
                                   BENJAMIN WAGNER
6                                  United States Attorney
7
   DATED: April 16, 2012.    /s/MARK J. REICHEL for:
8                                  JILL THOMAS
                                   Assistant U.S. Attorney
9                                  Attorney for Plaintiff
```

## **O R D E R**

**IT IS SO ORDERED.**

DATED: April <u>16</u>, 2012.

    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE